UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THEOPHILUS FITZPATRICK, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 152 |
| | ) | |
| vs. | ) | Judge Dow |
| | ) | Magistrate Judge Valdez |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## INITIAL STATUS REPORT

A. Louis J. Meyer as attorney for Plaintiff. Julia Bruce as attorney for Defendants.

B. Jurisdiction for federal claims is based on 28 U.S.C. §§ 1331 and 1343(a).

C. Plaintiff asserts that while he was sitting in his car, he was unreasonably seized, falsely arrested and subjected to excessive force.

D. All parties have been served.

E. Principal legal issues involve federal claims for unreasonable seizure, false arrest/imprisonment, excessive force, failure to intervene, and state law claims for malicious prosecution, *respondeat superior*, and indemnification.

F. Principal factual issues involve whether the incident occurred as Plaintiff alleges in his Complaint.

G. A jury trial has been demanded.

H. Discovery has not taken place. The parties request 120 days for discovery.

I. A trial date is not reasonably ascertainable right now.

J. The parties do not unanimously consent to proceed before a Magistrate Judge.

K. There have not yet been any settlement discussions.

L. A settlement conference may be beneficial after discovery has been exchanged.

Respectfully submitted,

Dated: March 6, 2008

/s/ Louis J. Meyer
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, Illinois 60602
(312) 795-9595
*Counsel for the Plaintiff*


/s/ Julia Bruce
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-0451
*Counsel for the Defendant*