IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THEOPHILUS FITZPATRICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | NO. 08 C 152 |
| | ) | |
| CITY OF CHICAGO, | ) | JUDGE DOW |
| Chicago Police Officers | ) | |
| JEFFREY CEPEDA, Star 13354, | ) | Magistrate Judge Valdez |
| FREDI BARROSO, Star 16309, | ) | |
| STEVEN ROSS, Star 3932, and | ) | |
| MELANI MALCZEWSKI, Star 7105, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' AGREED MOTION TO EXTEND THE
TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD**

Defendant, City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and defendants, Chicago Police Officers Jeffrey Cepeda, Fredi Barroso, Steven Ross, and Melani Malczewski, (referred to collectively herein as "Defendants"), by one of their attorneys, Julia S. Bruce, Assistant Corporation Counsel of the City of Chicago, respectfully request this Honorable Court to extend the time, up to and including, April 10, 2008, in which to answer or otherwise plead to Plaintiff's Complaint. In support of this motion, Defendants state:

(1) Plaintiff's Complaint was filed on or about January 8, 2008. As of the date of this filing, all of the individual defendant Chicago Police Officers, and defendant, City of Chicago, have been served.

(2) The undersigned has filed an appearance for Defendants on March 5, 2008.

(3) Counsel needs to interview Defendants before answering Plaintiff's Complaint and

1

has not had an opportunity to do so at this time. Furthermore, the undersigned has not as of yet received all of the Chicago Police Department records relating to the alleged incident which is the subject of this lawsuit.

(4) Plaintiff does not object to Defendants' Motion to Extend the Time to Answer or Otherwise Plead up to, and including, April 10, 2008.

(5) This motion is Defendants first request for an extension of time to answer or otherwise plead. Such a request will not unduly delay the resolution of the disputed issues.

**WHEREFORE**, Defendants respectfully request that they be given until April 10, 2008, to answer or otherwise plead to Plaintiff's Complaint.

Respectfully Submitted,

/s/ Julia S. Bruce
Julia S. Bruce
Assistant Corporation Counsel
30 North La Salle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-0451
Attorney Number: 06273493

2