IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THEOPHILUS FITZPATRICK, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | NO. 08 C 152 |
| ) | |
| CITY OF CHICAGO, ) | JUDGE DOW |
| Chicago Police Officers ) | |
| JEFFREY CEPEDA, Star 13354, ) | Magistrate Judge Valdez |
| FREDI BARROSO, Star 16309, ) | |
| STEVEN ROSS, Star 3932, and ) | |
| MELANI MALCZEWSKI, Star 7105, ) | |
| Defendants. ) | |

## NOTICE OF MOTION

TO:  Lawrence V. Jackowiak
     Law Offices of Lawrence V. Jackowiak
     20 N. Clark Street, Ste. 1700
     Chicago, IL 60602

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' AGREED MOTION TO EXTEND THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD**, a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Dow, or before such other Judge sitting in his place or stead, on the 13th day of March, 2008, at 10:00 a.m., or as soon thereafter as counsel may be heard and then and there present the attached Motion.

**DATED** at Chicago, Illinois this 10th day of March, 2008.

Respectfully Submitted,

/s/ Julia S. Bruce
Julia S. Bruce
Assistant Corporation Counsel
30 North La Salle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-0451
Attorney Number: 06273493

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and correct copy of the above and foregoing **NOTICE OF MOTION** and **DEFENDANTS' AGREED MOTION TO EXTEND THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD** to be delivered via the Court's ECF system to the persons named in the foregoing Notice at the address therein shown, on the 10th day of March, 2008.

/s/ Julia S. Bruce
Julia S. Bruce
Assistant Corporation Counsel