## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
## Eastern Division

Theophilus Fitzpatrick
                          Plaintiff,

v.                                           Case No.: 1:08−cv−00152
                                                Honorable Robert M. Dow Jr.

City Of Chicago, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 13, 2008:

      MINUTE entry before Judge Robert M. Dow Jr.:MOTION by Defendants Melani Malczewski, City Of Chicago, Jeffrey Cepeda, Fredi Barroso, Steven Ross for extension of time [15] to file answer regarding complaint[1] granted. Answer due on or before 4/10/08. Status hearing held on 3/13/2008. Fact discovery to be completed by 7/13/08.Status hearing set for 6/17/2008 at 09:00 AM.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.