IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THEOPHILUS FITZPATRICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 08 C 152 |
| vs. | ) | |
| | ) | |
| CITY OF CHICAGO, | ) | JUDGE DOW |
| Chicago Police Officers | ) | |
| JEFFREY CEPEDA, Star , | ) | Magistrate Judge Valdez |
| FREDI BARROSO, Star 16309, | ) | |
| STEVEN ROSS, Star 3932, and | ) | |
| MELANI MALCZEWSKI, Star 5392, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

To:   Louis J. Meyer
      Law Offices of Lawrence V. Jackowiak
      20 N. Clark Street, Suite 1700
      Chicago, IL 60602

PLEASE TAKE NOTICE that on April 10, 2008, Defendants City of Chicago, Jeffrey Cepeda, Fredi Barroso, Steven Ross and Melani Malczewski will file their Answer, Affirmative Defenses and Jury Demand to Plaintiffs' Complaint, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division. A copy of that document is herewith served upon you.

I hereby certify that I have served this notice and the attached document by causing it to be served via the Court's ECF system to the person named above this 10th day of April, 2008.

Respectfully submitted,

/s/ Julia S. Bruce
Julia S. Bruce
Assistant Corporation Counsel

30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-0451
(312) 744-6566 (Fax)
Atty. No. 06273493