# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Theophilus Fitzpatrick
                                                      Plaintiff,

v.                                                                     Case No.: 1:08−cv−00152
                                                                    Honorable Robert M. Dow Jr.

City Of Chicago, et al.
                                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 17, 2008:

       MINUTE entry before the Honorable Robert M. Dow, Jr:Status hearing held on 6/17/2008. Status hearing set for 8/27/2008 at 9:00 AM.Mailed notice(tlp,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.