# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 152 | **DATE** | 8/26/2008 |
| **CASE TITLE** |  | Fitzpatrick vs. City of Chicago, et al | |

**DOCKET ENTRY TEXT**

Pursuant to Stipulation to Dismiss, ENTER AGREED ORDER OF DISMISSAL: All of the claims of Plaintiff against Defendants are dismissed with prejudice and with each side bearing its own costs and attorneys' fees. Status hearing date of 8/27/08 is stricken.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | TBK |
|---|---|---|

FILED
2008 AUG 27 PM 4:47
U.S. DISTRICT COURT