MHN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THEOPHILUS FITZPATRICK, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 152 |
| | ) | |
| vs. | ) | |
| | ) | JUDGE DOW |
| CITY OF CHICAGO, et al., | ) | |
| | ) | Magistrate Judge Valdez |
| Defendants. | ) | |

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, Plaintiff, Theophilus Fitzpatrick, by one of his attorneys, Lawrence V. Jackowiak, Defendant, City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and Defendants, Jeffrey Cepeda, Fredi Barroso, Steven Ross, and Melanie Malczewski, by one of their attorneys, Julia S. Bruce, Assistant Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby orders as follows:

All of the claims of Plaintiff, Theophilus Fitzpatrick, against Defendants, City of Chicago, Jeffrey Cepeda, Fredi Barroso, Steven Ross, and Melanie Malczewski, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees.

DATED: August 26, 2008

ENTER: _____
ROBERT M. DOW, JR.
United States District Judge

Julia S. Bruce
Assistant Corporation Counsel
30 N. LaSalle Street, Suite 1400
Chicago, IL 60602
(312) 744-0451
Attorney No. 06273493