IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
8-25-2008
AUG 25 2008
Judge Robert M. Dow, Jr.
United States District Court

| | |
|---|---|
| THEOPHILUS FITZPATRICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08 C 152 |
| ) | |
| CITY OF CHICAGO, ) | JUDGE DOW |
| Chicago Police Officers ) | |
| JEFFREY CEPEDA, Star 13354, ) | Magistrate Judge Valdez |
| FREDI BARROSO, Star 16309, ) | |
| STEVEN ROSS, Star 3932, and MELANIE ) | |
| MALCZEWSKI, Star 5392, ) | |
| Defendants. | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

*[signature]*
Lawrence V. Jackowiak
Attorney for Plaintiff,
Theophilus Fitzpatrick
Law Office of Lawrence V. Jackowiak
20 N. Clark, Suite 1700
Chicago, Illinois 60602
(312) 795-9595
Attorney No. 6231003

DATE: 8/20/2008

Respectfully submitted,

City of Chicago
a Municipal Corporation

Mara S. Georges
Corporation Counsel
Attorney for City of Chicago

BY: *[signature]*
Julia S. Bruce
Assistant Corporation Counsel
Attorney for City of Chicago
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-0451
Attorney No. 06273493

DATE: 8-24-05

*Julia S. Bruce* (signature)

Julia S. Bruce
Assistant Corporation Counsel
Attorney for Jeffrey Cepeda, Fredi Barroso, Steven Ross, and Melanie Malczewski
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-0451
Attorney No. 06273493

DATE: 8-24-05